# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Rolling R Golf Cars, LLC, | ) | Case No.    13-04436 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Tuesday, September 29, 2015, at 10:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Donald R. Cassling or any judge sitting in his stead in Room 619 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION FOR ENTRY OF FINAL DECREE,** at which time and place you may appear if you so see fit.

Dated:  September 24, 2015            Respectfully Submitted,

                                     **ROLLING R GOLF CARTS, LLC**


                                     By:___/s/ Brian M. Graham_____
                                           One of Its Attorneys

Brian M. Graham (ARDC # 6243015 )
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on September 24, 2014, he served the foregoing **NOTICE OF MOTION** along with the **MOTION FOR ENTRY OF FINAL DECREE** on the persons listed on the attached service list via the Court's ECF notification system.

                                                /s/ Brian M. Graham

                                        Brian M. Graham
                                        7634 Lakeside Drive
                                        Frankfort, IL 60423
                                        312-909-3322
                                        bmgrahampack@sbcglobal.net

## SERVICE LIST

Joel A Stein
Emily N. Masalski
Deutsch Levy & Engel, Chtd
225 W Washington St., #1700
Chicago, IL. 60606

Office of the United States Trustee
219 S. Dearborn Street
Chicago, Illinois 60604

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Rolling R Golf Cars, LLC, | ) | Case No.    13-04436 |
| | ) | |
| Debtor. | ) | Honorable Donald R. Cassling |

## MOTION FOR ENTRY OF FINAL DECREE

Rolling R. Golf Cars, LLC ("Rolling R" or the "Reorganized Debtor") files this motion (the "Motion") for entry of a final decree in the above captioned case. In support of this Motion, Rolling R respectfully states as follows:

1. Rolling R's case was commenced on February 5, 2013 (the "Petition Date") by the filing of voluntary chapter 11 petition by Rolling R pursuant to 11 U.S.C. § 301 in this Court.

2. On May 21, 2014, this Court entered an order confirming Rolling R Golf Cars, LLC and Derek N. Nevinger's Second Amended Joint Chapter 11 Plan of Reorganization (the "Plan")

3. Pursuant to Section 6.1 and 7.1 of the Plan, the Reorganized Debtor is charged with the responsibility for implementing the Plan, including settling or litigating claims and making distributions on account of allowed claims.

4. The Reorganized Debtor has assumed the business and management of the property dealt with by the Plan. The real estate owned by Derek's Trust (as that term is defined in the Plan) has been sold and the State Bank of Herscher ("SBH") has now been paid in full pursuant to the Plan.

5. The Reorganized Debtor has mailed payment to creditors on account of all Allowed Claims (as that term is defined in the Plan) or has otherwise provided for the

satisfaction of said claims. The Reorganized Debtor believes that all motions, contested matters, and other proceedings have been finally resolved.

6. Accordingly, the Reorganized Debtor believes that this chapter 11 case has been fully administered and, pursuant to Fed. R. Bankr. P 3022, requests that the Court enter a final decree closing this chapter 11 case.

WHEREFORE, for cause shown, Rolling R respectfully requests that the Court enter a final decree closing this chapter 11 case and granting such other and further relief as this Court deems just and appropriate.

Dated: September 24, 2015         Respectfully Submitted,

**ROLLING R GOLF CARS, LLC**

By:    /s/ Brian M. Graham
            One of Its Attorneys

Brian M. Graham (ARDC # 6243015)
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net