UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  13-04436 |
| Rolling R Golf Cars, LLC | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

     THIS MATTER COMING TO BE HEARD on the motion of Rolling R. Golf Cars, LLC ("Rolling R" or the "Reorganized Debtor") for entry of a final decree in the above captioned case, Rolling R having reported to the Court that this chapter 11 case is fully administered, and this Court being otherwise fully advised in the premises;

  IT IS HEREBY ORDERED that the chapter 11 case of the above captioned debtor shall be, and hereby is, closed.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  September 30, 2015

**Prepared by:**

Brian M. Graham (ARDC # 6243015)
7634 Lakeside Drive
Frankfort, IL 60423
312-909-3322
bmgrahampack@sbcglobal.net